**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7838**

GEORGE CLEVELAND, III,

Plaintiff - Appellant,

v.

JEFFREY DUVALL, Individually and in his official capacity as
dealer of Duvall Ford Chevrolet Dodge; DUVALL FORD CHEVROLET
DODGE,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  R. Bryan Harwell, District Judge.
(8:14-cv-04305-RBH)

Submitted:  April 21, 2016          Decided:  April 25, 2016

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George Cleveland, III, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Cleveland, III, appeals the district court's order adopting the magistrate judge's recommendation and dismissing his action for slander as frivolous under 28 U.S.C. § 1915A (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cleveland v. Duvall, No. 8:14-cv-04305-RBH (D.S.C. Oct. 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED